IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re:   Dan C. Hawks | * | |
|        Robin Hawks | * | Case No. 09-25437-DER |
| | | (Chapter 7) |
|        Debtor(s) | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**LINE SUBMITTING UNCLAIMED FUNDS TO
COURT REGISTRY**

Lori Simpson, Trustee, hereby submits $8,973.70 in unclaimed funds regarding the Debtor, Dan C. Hawks claim of exemptions.

Date   July 28, 2015        _/s/ Lori Simpson_____
　　　　　　　　　　　　　　Lori Simpson, Bar No. 04075
　　　　　　　　　　　　　　Law Office of Lori Simpson, LLC
　　　　　　　　　　　　　　1400 S. Charles St., 3rd Floor
　　　　　　　　　　　　　　Baltimore, Maryland 21230
　　　　　　　　　　　　　　(410) 468-0054
　　　　　　　　　　　　　　(410) 385-1514 (facsimile)
　　　　　　　　　　　　　　lsimpson@lsimpsonlaw.com

　　　　　　　　　　　　　　Chapter 7 Trustee

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 28th day of July2015, a copy of the foregoing electronically filed Unclaimed Funds Line was served on the parties listed below by first class mail, postage prepaid, unless said party is a registered CM/ECF participant and the Notice of Electronic Filing indicates that the Unclaimed Funds Line was electronically mailed to said party:

Office of the United States Trustee
101 West Lombard Street
Suite 2625
Baltimore, Maryland 21201

Edward Christman, Esquire
810 Gleneagles Court
Suite 301
Towson, MD 21286

Dan C. Hawks
40 Begonia Court
Rosedale MD 21237
(last known address)


                                            ____/s/ Lori Simpson_____
                                            Lori Simpson